YALE-NEW HAVEN HOSPITAL, INC. *v.* SUSAN
SANDERS ET AL.
(AC 19999)

Foti, Hennessy and Pellegrino, Js.

Submitted on briefs June 14—officially released July 11, 2000

Per Curiam. The judgment is affirmed.

ROY SMITH *v.* COMMISSIONER OF CORRECTION
(AC 19248)

Foti, Hennessy and Pellegrino, Js.

Submitted on briefs June 14—officially released July 11, 2000

Per Curiam. The appeal is dismissed.

MARK P. MELLY *v.* COMMISSIONER OF MOTOR
VEHICLES
(AC 19662)

Lavery, C. J., and Mihalakos and Zarella, Js.

Submitted on briefs June 14—officially released July 11, 2000

Per Curiam. The judgment is affirmed.